IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01521-RPM

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the March 15, 2008
Marquez/Pacquaio Program,

        Plaintiff,

v.

RENEE LENO RUIZ d/k/a RENEE RUIC, Individually and
d/b/a LOS RECUERDOS BAR AND GRILL
a/k/a LOS RECUERDOS BAR & GRILL, and
LOS RECUERDOS BAR AND GRILL a/k/a
LOS RECUERDOS BAR & GRILL,

        Defendants.
_____

## ORDER DISMISSING CASE
_____

        Pursuant to the Notice of Dismissal, filed December 1, 2008 [4], it is

        ORDERED that this civil action is dismissed without prejudice and without costs to either party pursuant to Fed.R.Civ.P. 41(a)(1).

        DATED: December 1st, 2008

        BY THE COURT:

        s/ Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge